People of State of Illinois, Defendant in Error, v. Kenneth Finley, Plaintiff in Error.

Gen. No. 10,752.

Joseph Lustfield, for plaintiff in error; William L. Guild, State's Attorney, for defendant in error; William J. Bauer, Assistant State's Attorney, of counsel. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed September 13, 1954; released for publication September 29, 1954.